AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ENERFIN RESOURCES COMPANY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| BASIN ENVIRONMENTAL & SAFETY TECHNOLOGIES ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Enerfin Resources Company.

Date:    02/26/2019                                                           s/ Justin Todd Woolery
                                                                                        *Attorney's signature*

                                                                   Justin Todd Woolery, OBA #18882
                                                                        *Printed name and bar number*
                                                                   McAfee & Taft A Professional Corporation
                                                                   Two Leadership Square, Tenth Floor
                                                                   211 N. Robinson
                                                                   Oklahoma City, OK 73102
                                                                                        *Address*

                                                                   todd.woolery@mcafeetaft.com
                                                                                        *E-mail address*

                                                                   (405) 235-9621
                                                                                        *Telephone number*

                                                                   (405) 235-0439
                                                                                        *FAX number*